Maurice P. Schwartz
SBN 62698
315 Rheem Blvd
Moraga, CA 94556

*Counsel for Plaintiff, Ina Ann Rodman*

**WPKVGF UVCVGU FKUVTKEV EQWTV
PQTVJGTP FKUVTKEV QH ECNKHQTPKC**

| | |
|---|---|
| INA ANN RODMAN<br>      Plaintiff<br><br>vs.<br><br>OTSUKA AMERICA PHARMACEUTICAL,<br>INC. AND OTSUKA AMERICA, INC.<br>      Defendants | CASE NO.: C18-3732<br><br>**QTFGT I TCPVKPI<br>RNCKPVKHHU OQVKQP HQT<br>GZVGPUKQP QH VKOG VQ TGURQPF VQ<br>FGHGPFCPVU OQVKQP VQ FKUOKUU** |

    Considering the foregoing Motion for Extension of Time to Respond to Defendants' Motion To Dismiss, **KV KU QTFGTGF** that the request for extension is **I TCPVGF** and Plaintiff has up to and including Friday, July 27, 2018 to file her response.

**KV KU UQ QTFGTGF.**

DATED: July 13, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

1